**TYSON & MENDES LLP**
GRIFFITH HAYES, ESQ.
Nevada Bar No. 7374
Email(s): gyahes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant OM – Las Vegas, LLC  d/b/a Centennial Subaru*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNON PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTENNIAL SUBARU, INC.; DOES 1 through 25, inclusive; and ROE BUSINESS ENTITIES 1 through 25, inclusive,<br><br>    Defendants. | Case No.:    2:25-CV-02537 -JAD-NJK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please take notice that Griffith Hayes, Esq. of Tyson & Mendes hereby substitutes in as counsel of record for OM – Las Vegas, LLC d/b/a Centennial Subaru in place of Priscilla L. O'Briant, Esq.

Priscilla L. O'Briant, Esq. is no longer associated with the law firm of Tyson & Mendes, LLC nor does she represent Defendant OM – Las Vegas, LLC d/b/a Centennial Subaru in the above-captioned case.

It is hereby requested that the Court's docket be updated to remove her name from the service list.

///

///

///

1

All future pleadings, correspondence, and notices should be directed to substitute counsel Griffith Hayes, Esq.   2835 St. Rose Pkwy., Ste. 140, Henderson, NV 89052, email: ghayes@tysonmendes.com.

Dated this 12th day of February, 2026.

TYSON & MENDES LLP

/s/ *Griffith Hayes*

_____

Griffith H. Hayes
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant OM – Las Vegas, LLC
d/b/a Centennial Subaru*

IT IS SO ORDERED.
Dated:  February 13, 2026

.

.

_____
Nancy J. Koppe
United States Magistrate Judge

2